1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Behzad B. Mohandesi (SBN 214921)
   Email: bmohandesi@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone:  +1 213 457 8000
5  Facsimile:   +1 213 457 8080

6  Attorneys for Defendant Santander
   Consumer USA, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY STAKE,<br><br>           Plaintiff,<br><br>    vs.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>           Defendant. | No.: 3:10-CV-04326-EDL<br><br>[**PROPOSED**] **ORDER EXTENDING DEFENDANT SANTANDER CONSUMER USA INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**  AS MODIFIED<br><br>Compl. Filed:   September 24, 2010<br><br>Honorable Elizabeth D. Laporte |

– 1 –

US_ACTIVE-105104268.1-RRSHAH 12/10/10 4:41 PM

[PROPOSED] ORDER EXTENDING DEFENDANT SANTANDER CONSUMER USA INC.'S TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT AND CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Santander Consumer USA, Inc. shall have until and including January 12, 2011 to respond to the Complaint.  The Case Management Conference set for January 4, 2011 in Courtroom E at 10:00 a.m. is now continued to ___February 15___, 2011, at 4:00 p.m. A joint case management statement shall be filed no later than February 8, 2010.

**IT IS SO ORDERED.**

DATED: December _13_, 2010



The Honorable Saundra B. Armstrong
Judge Elizabeth D. Laporte

IT IS SO ORDERED AS MODIFIED

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

US_ACTIVE-105104268.1-RRSHAH 12/10/10 4:41 PM

[PROPOSED] ORDER EXTENDING DEFENDANT SANTANDER CONSUMER USA INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE