UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STAKE,                              )    No. C10-04326 SBA
                  Plaintiff,        )
                                    )    ORDER DISMISSING ACTION
       vs.                          )
                                    )
 SANTANDER CONSUMER USA,            )
INC.,                               )
                                    )
                  Defendant.        )
                                    )
_____

       The Court having been notified of the settlement of
this action, and it appearing that no issue remains for the
Court's determination,

       IT IS HEREBY ORDERED THAT this action and all claims
asserted herein are DISMISSED with prejudice.  In the event
that the settlement is not reached, any party may move to
reopen the case and the trial will be rescheduled, provided
that such motion is filed within 60 days of this order.  All
scheduled dates, including the trial and pretrial dates, are
VACATED.

       IT IS SO ORDERED.

DATED: 2/28/11

_____
              SAUNDRA BROWN ARMSTRONG
              United States District Judge